# MEMORANDUM DECISIONS.

---

William Jones, Plaintiff in Error, v. J. R. Tyler, Defendant in Error.

Frazier and Mabry, for Plaintiff in Error.

Circuit Court of Hillsborough County; J. B. Wall, Judge.

Writ of error from a judgment in favor of the defendant in error. Dismissed before the clerk on praecipe of counsel for plaintiff in error, August 10, 1909.

---

B. W. Blount, Plaintiff in Error, v. J. W. Barwick, Defendant in Error.

Hocker & Duval, for Plaintiff in Error.

Circuit Court of Marion County; W. S. Bullock, Judge.

Judgment in favor of Defendant in Error.

Writ of error dismissed before the clerk on praecipe of counsel for plaintiff in error, August 16, 1909.